# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MIGUEL HOOKS,

Appellant,

v.

JACK G. BERNSTEIN and TIM SHANAHAN,

Appellees.

No. 2D2024-2853
_____

February 6, 2026

Appeal from the Circuit Court for Hillsborough County; Lindsay M. Alvarez, Judge.

Miguel Hooks, pro se.

Mark D. Tinker and Brandon J. Tyler of Cole, Scott & Kissane, P.A., Tampa, for Appellees.

PER CURIAM.

　　Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.